# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY J. HALL,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-4839** |
| | : | |
| **FRANK SAMPSON,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 8th day of June, 2022, upon consideration of Anthony J. Hall's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

    1.    Hall's Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b)(1), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Hall filing a new case only in the event his underlying conviction is reversed, vacated, or otherwise invalidated.

    2.    The Clerk of Court shall **CLOSE** this case.

                                         **BY THE COURT:**

                                         ***/s/ John Milton Younge***
                                         **JOHN M. YOUNGE, J.**